UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 24 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JACK L. WEBER, III and JACQUELINE L. WEBER, )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>SETERUS, INC., a Delaware corporation, and )<br>BANK OF AMERICA, N.A., a national bank, and )<br>PIERCE & ASSOCIATES, P.C. An Illinois corporation, )<br>)<br>Defendants. ) | Case No.<br><br>16-cv-06620<br>Judge Thomas M. Durkin<br>Magistrate Judge Young B. Kim |

### REQUEST TO FILE COMPLAINT UNDER SEAL

Plaintiffs, Jack L. Weber, III and Jacqueline L. Weber, pursuant to Local Rule 5.7, by and through counsel, request to file Complaint under seal, and state as follows:

1. Name, Address and signature of the party or counsel making the request:

_____
Rusty A. Payton
Marc E. Dann

1

PaytonDann
115 S. LaSalle Street, Suite 2600
Chicago, Illinois 60603
email: payton@paytondann.com
Ph. and Fax. (312) 702-1000


2. Due to special circumstance [the confidential nature of documents attached and referenced in the complaint], which counsel shall promptly bring to the attention of the assigned judge, it is necessary to restrict access to to the case at filing.

3. Counsel and his client are aware that absent an order extending or setting aside the sealing, the file and it contents will become public on the seventh day following the date of filing.

4. Email address of counsel: payton@paytondann.com.


*Respectfully submitted,*
**JACK L. WEBER, III** and
**JACQUELINE L. WEBER**

By: _____
Rusty A. Payton


Rusty A. Payton
Marc E. Dann
PaytonDann
115 S. LaSalle Street, Suite 2600
Chicago, Illinois 60603
email: payton@paytondann.com
Ph. and Fax. (312) 702-1000

2