UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JACK L.WEBER, III** and **JACQUELINE L. WEBER**, <br><br> Plaintiffs, <br><br> vs. <br><br> **SETERUS, INC.**, a Delaware corporation, and **BANK OF AMERICA, N.A.**, a national bank, and **PIERCE & ASSOCIATES, P.C.** An Illinois corporation, <br><br> Defendants. | Case No. 16-cv-06620 <br><br> Hon. Thomas M. Durkin <br><br> **FILED** <br> JUL 12 2016 <br> THOMAS G. BRUTON <br> CLERK, U.S. DISTRICT COURT |

### MOTION TO REMOVE FILING UNDER SEAL

Plaintiffs, Jack L. Weber, III and Jacqueline L. Weber, pursuant to Local Rule 5.7 and 26.2, by and through counsel, request the entry of an order removing filing under seal, and in support state as follows:

1. Due to special circumstance [the confidential nature of documents attached and referenced in the complaint], counsel for plaintiffs commenced this proceeding by filing their complaint under seal.

1

2. Counsel did so based upon a belief that documents referenced and attached to the complaint required a filing under seal.

3. Counsel now requests that the Court remove the filing under seal based upon a provision in the document which allows the Court to do so in "future litigation between the same parties…" The parties here, and those in privity, are the same.

4. Defendants have not been served with summons and complaint. Notice of this motion was given to each party by and through a corporate officer or registered agent by overnight courier.

**WHEREFORE**, plaintiffs pray for the entry of an order removing the filing under seal and for such other and further relief as is just and proper.

*Respectfully submitted,*
**JACK L. WEBER, III** and
**JACQUELINE L. WEBER**

By: _____
Rusty A. Payton

Rusty A. Payton
Marc E. Dann
PaytonDann
115 S. LaSalle Street, Suite 2600
Chicago, Illinois 60603
email: *payton@paytondann.com*
Ph. and Fax. (312) 702-1000