UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACK L. WEBER, III, and<br>JACQUELINE L. WEBER, | Case No. 16-CV-06620 |
| Plaintiffs, | |
| v. | Honorable Thomas M. Durkin<br>Judge Presiding |
| SETERUS, INC., | |
| Defendant. | |

## SETERUS'S MOTION FOR SUMMARY JUDGMENT

Seterus, Inc. ("Seterus"), by its attorneys, moves pursuant to Federal Rule of Civil Procedure 56(a) for summary judgment as to the Complaint filed by the Plaintiffs, Jack L. Weber III and Jacqueline L. Weber (collectively, the "Borrowers"), and in support thereof, states as follows:

1. For their Complaint, Borrowers allege four purported causes of action against Seterus: 1) Breach of Contract (Count Five); 2) a violation of the federal Real Estate Settlement Procedures Act, 12 U.S.C. § 2601, *et seq.* ("RESPA") (Count Seven); 3) a violation of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA") (Count Eight); and 4) a violation of the Illinois Consumer Fraud and Deceptive Practices Act, 815 ILCS 505/1, *et seq.* ("ICFA") (Count Nine).

2. In support of its motion, Seterus contemporaneously files and incorporates by reference pursuant to L.R. 56.1 its supporting memorandum of law and statement of material facts. As detailed in its supporting memorandum and statement of material facts, the undisputed facts

supported by the pleadings, affidavits and admissible evidence of record demonstrate that Seterus is entitled to judgment as a matter of law on each and every one of Borrowers' claims.

       3.      Accordingly, judgment in favor of Seterus and against the Borrowers is appropriate pursuant to Fed. R. Civ. P. 56(a).

WHEREFORE, Seterus respectfully requests that this Court grant judgment in favor of Seterus and against Borrowers, and for such further and additional relief as the Court determines is reasonable and appropriate.

Dated: August 25, 2017                          Respectfully submitted,

                                                            **SETERUS, INC.,**

Ralph T. Wutscher
Coleman J. Braun
Allan Z. Enriquez
MAURICE WUTSCHER LLP
105 W. Madison Street, 18th Floor
Chicago, Illinois 60602
Tel. (312) 416-6170
Fax (312) 284-4751                      By:   /s/ Coleman J. Braun
                                                                  One of Its Attorneys

### Certificate of Service

I, Coleman J. Braun, an attorney, hereby certify that on **August 25, 2017** service of a true and correct copy of this document and any referenced exhibits was accomplished pursuant to ECF on all parties who are Filing Users.

                                                                    /s/ Coleman J. Braun