UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Jack L Weber III, et al.
        Plaintiff,

v.                Case No.: 1:16−cv−06620
               Honorable Thomas M. Durkin

Setereus, Inc., et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 6, 2017:

  MINUTE entry before the Honorable Thomas M. Durkin:The 11/28/2017 status date is vacated. The Court will rule by mail on the pending motion for summary judgment. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.