

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Rusty Payton

Firm   DannLaw

Street Address   20 N Clark Street, Suite 3300

City/State/Zip Code   Chicago, Illinois 60602

Phone Number   312-702-1000

Email address   payton@dannlaw.com

ARDC (Illinois State Bar members, only)   6201771

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 16-cv-06620 | Weber v Seterus | Durkin |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Rusty Payton
_____
Signature of Attorney

11/6/2017
_____
Date

Rev. 01272016